**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter  **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Encore Learning Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Encore Academy Charter School** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3827468** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **2518 Arts Street**<br>**New Orleans, LA 70117**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orleans**<br>County | Location of principal assets, if different from principal place of business<br>**2518 Arts Street New Orleans, LA 70117**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **encorelearning.org** |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>■ Other. Specify:    **Non Profit Organization** |

Debtor  **Encore Learning Inc.**                                      Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>6111</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Encore Learning Inc.**                                          Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____  When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**      *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Encore Learning Inc.**                                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Encore Learning Inc.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2023**
MM / DD / YYYY

X **/s/ Joseph Neary**                                 **Joseph Neary**
Signature of authorized representative of debtor        Printed name

Title   **Bookkeeper_Authorized Signatory**

**18. Signature of attorney**

X **/s/ Scott R. Cheatham**                      Date   **June 29, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Scott R. Cheatham**
Printed name

**Adams and Reese LLP**
Firm name

**701 Poydras Street, Suite 4500**
**New Orleans, LA 70139**
Number, Street, City, State & ZIP Code

Contact phone   **504-581-3234**      Email address   **scott.cheatham@arlaw.com**

**31658 LA**
Bar number and State

## ACTION BY RESOLUTION OF
## BOARD OF DIRECTORS OF ENCORE LEARNING, a non-profit corporation
## At a Properly Called Meeting

### June 27, 2023

The undersigned, being the Secretary of Encore Learning, a Louisiana nonprofit corporation (the "Corporation"), does hereby certify that the Board of Directors, the members of which are also the only members of the Corporation, adopted the following resolutions by a unanimous vote of the members present at a meeting duly called and held on June 27, 2023:

**WHEREAS,** the Corporation will turn in its charter effective June 30, 2023, and its activities are not sufficient to continue operating the Corporation, and therefore the Board finds it necessary to dissolve the Corporation and proceed to winding up the affairs of the Corporation;

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a Voluntary Petition under Chapter 7 of the Bankruptcy Code be filed;

**BE IT FURTHER RESOLVED,** that Jon Randall, Stephanie Brooks, Jeff Benjamin, Brittney Joseph, Tiffany Lokey, Erika Windon, Samantha Pruitt and representatives of 4th Sector Solutions Inc., be and are hereby authorized and directed individually or jointly, on behalf of and in the name of the Company, to execute and verify said Petition under Chapter 7 of the Bankruptcy Code, in such form as may be recommended by counsel for the Company, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court"); 

**BE IT FURTHER RESOLVED,** that Jon Randall, Stephanie Brooks, Jeff Benjamin, Brittney Joseph, Tiffany Lokey, Erika Windon, Samantha Pruitt and representatives of 4th Sector Solutions Inc. , are authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

**BE IT FURTHER RESOLVED,** that Adams and Reese LLP be and is hereby retained as counsel for the Company and is authorized to file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents and to take any and all other actions that the Company deems necessary or appropriate in connection with the proceedings filed in accordance with Chapter 7 of the Bankruptcy Code.

**BE IT FURTHER RESOLVED,** upon completion of the Chapter 7 bankruptcy, that Jon Randall, Stephanie Brooks, Jeff Benjamin, Brittney Joseph, Tiffany Lokey, Erika Windon, Samantha Pruitt and representatives of 4th Sector Solutions Inc., are authorized and directed to prepare and file the necessary paperwork with the proper entities to dissolve the Corporation. 

Dated:  June 27, 2023

ENCORE LEARING
Secretary: Board of Directors

Name: _Step° Stephanie Brooks_

Signature: _____

**Fill in this information to identify the case:**

Debtor name    __Encore Learning Inc.__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 29, 2023__    X __/s/ Joseph Neary__
                                          Signature of individual signing on behalf of debtor

                                          __Joseph Neary__
                                          Printed name

                                          __Bookkeeper_Authorized Signatory__
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Encore Learning Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:    Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $      **6,320,777.51**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $      **6,320,777.51**

### Part 2:    Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **11,000,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **123,110.60**

4.   **Total liabilities** .................................................................................................................
     Lines 2 + 3a + 3b          $      **11,123,110.60**

**Fill in this information to identify the case:**

Debtor name  __**Encore Learning Inc.**__

United States Bankruptcy Court for the:  __EASTERN DISTRICT OF LOUISIANA__

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **7/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,970,811.00** |
| **For year before that:**<br>From  **7/01/2021** to  **6/30/2022** | ■ Operating a business<br>☐ Other _____ | **$8,433,667.00** |
| **For the fiscal year:**<br>From  **7/01/2020** to  **6/30/2021** | ■ Operating a business<br>☐ Other _____ | **$8,435,001.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Encore Learning Inc.**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED AS EXHIBIT "A"** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor   **Encore Learning Inc.**                                          Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Adams and Reese LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139** | | **March 31, April 21, May 19 and May 26, 2023** | **$20,000.00** |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor?<br>**Encore Learning, Inc.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor  **Encore Learning Inc.**                                                Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **CUNA Mutual - 403B** | EIN: **39-6053142** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **Encore Learning Inc.**                                    Case number *(if known)* _____

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | **Encore Learning Inc.** | Case number *(if known)* |
|--------|--------------------------|--------------------------|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.   **4th Sector Solutions**<br>**8550 United Plaza Blvd, Suite 601**<br>**Baton Rouge, LA 70809** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.1.   **Daigrepont & Brian APAC**<br>**910 S. Acadian Thruway**<br>**Baton Rouge, LA 70806** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|------------------|---------------------------------------------------------------------|
| 26c.1.   **4th Sector Solutions**<br>**8550 United Plaza, Suite 601**<br>**Baton Rouge, LA 70809** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1.   **Invesco**<br>**through its Trustee, UMB Bank**<br>**1010 Grand Boulevard**<br>**Kansas City, MO 64106** |
| 26d.2.   **Digital Assurance Certification LLC**<br>**315 East Robinson Street**<br>**Orlando, FL 32801** |
| 26d.3.   **Nuveen**<br>**through its Trustee, through UMB Bank**<br>**1010 Grand Boulevard**<br>**Kansas City, MO 64106** |

| Debtor | **Encore Learning Inc.** | Case number *(if known)* | |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Randall | 2518 Arts Street New Orleans, LA 70117 | Board President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephanie Brooks | 2518 Arts Street New Orleans, LA 70117 | Board Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Benjamin | 2518 Arts Street New Orleans, LA 70117 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brittney Joseph | 2518 Arts Street New Orleans, LA 70117 | Board Member/Parent Representative | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tiffany Lokey | 2518 Arts Street New Orleans, LA 70117 | Board Member/Partent Representative | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Erika Windon | 2518 Arts Street New Orleans, LA 70117 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Samantha Pruitt | 2518 Arts Street New Orleans, LA 70117 | Board Member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor   **Encore Learning Inc.**                                   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2023**

**/s/ Joseph Neary**                                 **Joseph Neary**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Bookkeeper_Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Encore Learning Inc.**               Case No. _____

                                Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 29, 2023**                     **/s/ Scott R. Cheatham**
*Date*                                     **Scott R. Cheatham**
                                         *Signature of Attorney*
                                         **Adams and Reese LLP**
                                         **701 Poydras Street, Suite 4500**
                                         **New Orleans, LA 70139**
                                         **504-581-3234   Fax: 504-566-0210**
                                         **scott.cheatham@arlaw.com**
                                         *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re   **Encore Learning Inc.**                                     Case No. _____

                                        Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Bookkeeper_Authorized Signatory of the Non Profit Organization named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 29, 2023**                          **/s/ Joseph Neary**
_____            _____
                                     **Joseph Neary/Bookkeeper_Authorized Signatory**
                                     Signer/Title

2 Canal Attractions
100 Convention Center Blvd
New Orleans, LA 70130


4th Sector Solutions
8550 United Plaza Blvd, Suite 601
Baton Rouge, LA 70809


A Amasa Miller
7823 Fig Street
New Orleans, LA 70125


A&L Sales, Inc
P.O. Box 74
Belle Chasse, LA 70037


A. Fassbender Sewer & Drain Inc
621 Distributors Row D4
New Orleans, LA 70123


A1 Service, Inc.
555 Coolidge Street
New Orleans, LA 70121


AcoustiComm
P.O Box 237
Abita Springs, LA 70420


Adventure Quest Laser Tag
1200 S Clearview Pkwy
New Orleans, LA 70123


Aim Academy
1200 River Road
Conshohocken, PA 19428


Airborne X Adventure Park
901 Manhattan Blvd
Harvey, LA 70058


Airline Skate Center
6711 Airline Drive
Metairie, LA 70003

Alice Kane
4623 Coliseum St
New Orleans, LA 70115


Allfax Specialties, Inc.
130 James Drive East
Saint Rose, LA 70087


Amazon Capital Services, Inc.
410 Terry Avenue North
Seattle, WA 98109


AMC Theatre
4486 Veterans Memorial Blvd
Metairie, LA 70006


American Crescent Elevator Corp.
P.O. Box 1047
Saint Rose, LA 70087


American Heritage Life Insurance Company
P.O Box 650514
Dallas, TX 75265-0514


Ameriflex
PO Box 870217
Kansas City, MO 64187-0217


Amplify Education Inc
55 Washington Street 8th FL
Brooklyn, NY 11201


Amtrust North America Inc
 P.O Box 6939
Cleveland, OH 44101-1939


Ariadai Gonzalez
10901 Dreux Avenue
New Orleans, LA 70127


Arthur. Gallagher Risk Management Servic
PO Box 532143
Atlanta, GA 30353

Audubon Zoo
6500 Magazine St
New Orleans, LA 70118


Bamm Communications
141 Allen Toussaint Blvd. 1005
New Orleans, LA 70124


BCBS of Louisiana
5525 Reitz Ave
Baton Rouge, LA 70809


BCH SERVICE GROUP
2300 Breaux Ave 1-2
Harvey, LA 70058


Belinda Tanno Threat
920 Poeyfarre #422
New Orleans, LA 70130


Bill.com
San Jose Headquarters
6220 America Center Drive, Suite 100
Alviso, CA 95002


Bill.com
Houston Office
2103 CityWest Blvd, 12th Floor
Houston, TX 77042


BINGHAM ARS, INC
1506 West Main Street
Richmond, VA 23220


Blick Art Materials
6910 Eagle Way
Chicago, IL 60678-1069


BrainPOP
PO Box 28119
New York, NY 10087-8119


Brans Pest Control
PO Box 1905
Picayune, MS 39466

Bulk BookStore
3330 NW Yeon Ave #230
Portland, OR 97210


Capital City Press
P.O. Box 613
Baton Rouge, LA 70821-0613


Cariina
2 Oliver Street
Boston, MA 02109


Carolina Biological Supply
2700 York Road
Burlington, NC 27215


Castnet Seafood
P.O. Box 41779
Baton Rouge, LA 70835


Catherine DeMers
71 Willow Dr
New Orleans, LA 70116


Center for Resilience Inc
2832 Royal Street
New Orleans, LA 70117


Christy Kane
2518 Arts St
New Orleans, LA 70117


CiCi's Pizza
6311 Airline Hwy
Metairie, LA 70003


Cion Conerly
2518 Arts Street
New Orleans, LA 70117


City of Kenner
1801 Williams Boulevard
Kenner, LA 70062

City of New Orleans Department of Safety
1300 Perdido St. 7Th Floor
New Orleans, LA 70112


Claudia D'Aquin
6013 York Stree
Metairie, LA 70003


Coastal Fire Protection LLC
200 L & A Road - Stuite B
Metairie, LA 70001


Coburn's Supply Company, Inc
Po Box 669259
Dallas, TX 75266


COX NewOrleans
3131 Elysian Fields Ave.
New Orleans, LA 70122


CPI, Inc.
6421 Perkins Road Bldg A Ste 2A
Baton Rouge, LA 70808


Crescent City Schools
3811 N. Galvez St
New Orleans, LA 70117


Crisis Prevention Institute
10850 W Park Place Ste 600
Milwaukee, WI 53224


Culinary Kids
915 Marigny Avenue
Mandeville, LA 70448


Curriculum Associates
153 Rangeway Road
North Billerica, MA 01862


Daigrepont & Brian APAC
910 S. Acadian Thruway
Baton Rouge, LA 70806

Danielle Brown
3116 Stacie Dr
Violet, LA 70092

Daupne Blossom
2518 Arts Street
New Orleans, LA 70117

DEFY New Orleans
P.O. Box 41779
Baton Rouge, LA 70835

Deja Syve
2518 Arts
New Orleans, LA 70117

Department of Public Safety
Po Box 66614
Baton Rouge, LA 70896

Detel Computer Solutions
7845 Highway 1
Mansura, LA 71350

Diedra Bovie
2518 Arts Street
New Orleans, LA 70117

Digital Assurance Certification Llc
315 East Robinson Street
Orlando, FL 32801

Dina Dental
101 Parklane Boulevard Suite 301
Sugar Land, TX 77478

Documart
5624 Citrus Blvd
New Orleans, LA 70123

Drew Mosby
1722 St. Roch
New Orleans, LA 70117

Edmentum Inc
PO Box 776725
Chicago, IL 60677-6725

Educational Consulting Associates Inc.
390 Glover Cemtery rd
P.O. Box 690
Pine Grove, LA 70453

Educational Diagnostic Services &
Consulting of LA
10591 Louisiana 68
Jackson, LA 70748

Employers Preferred Ins. Co.
P.O Box 842110
Los Angeles, CA 90084-2110

Entergy
P.O Box 8106
Baton Rouge, LA 70891

Entreprenuerial Endeavors LLC
2671 North Dorgenois Street
New Orleans, LA 70117

Fire & Safety Commodities
922 Industry Road
Kenner, LA 70062

FirstLine Schools, Inc
300 N. Broad Street Suite 207
New Orleans, LA 70114

Franklin Ave Baptist Church
2515 Franklin Ave
New Orleans, LA 70117

Gifted Nurses, LLC
P O Box 205426
Dallas, TX 75320

Gladys Dedrick
7513 Adventure Ave
New Orleans, LA 70122

Global Wildlife Foundation
26389 Hwy 40
Folsom, LA 70437


Great Minds
55 M St SE, Suite 340
Washington, DC 20003


Grow Dat Youth Farm
1 Palm Drive
New Orleans, LA 70124


GuideOne Insurance
PO Box 14599
Des Moines, IA 50306-3599


Hapara
PO Box 3117
Redwood City, CA 94064


Haynes Academy Theatre Department
1416 Metairie Rd
Metairie, LA 70005


Health Equity Inc
15 West Scenic Pointe Drive
Draper, UT 84020


Healthpro Heritage At Home LLC
1 Marcus Boulevard Suite 102
Greenville, SC 29615


Heritage Food Service Group Inc
P.O Box 71595
Chicago, IL 60694-1595


Homer Plessy Community School
721 St. Philip St
New Orleans, LA 70131


Hubbard & Tennyson
6260 Providence Place
New Orleans, LA 70126

ICT, Inc
115 Enterprise Dr
Gretna, LA 70056

Intrado Interactive Services Corporation
PO Box 74007082
Chicago, IL 60674-7082

James Campbell
2518 Arts Street
New Orleans, LA 70117

Janay Davis
7216 Cascade Cross Court
Slidell, LA 70461

Janelle Mullen
7008 Homers Hub
Kiln, MS 39556

Jessica Medlock
4306 Maple Leaf Drive Apt: 4306
New Orleans, LA 70131

Karen Livers
1741 North Miro Street
New Orleans, LA 70119

Keller Strings LLC
 8209 Hampson St
New Orleans, LA 70118

KoKo Kreations
2407 Seventh Street
New Orleans, LA 70115

Kourtney Perry
1784 Carol Sue Ave Apt 12P
Gretna, LA 70056

Kristy Kane
2518 Arts St
New Orleans, LA 70117

Kwana Bryant
4901 Tynecastle Drive
New Orleans, LA 70128


Lakesha Glover
2258 Urquhart Street B
New Orleans, LA 70117


LanguageLine Solutions
15115 Southwest Sequoia Parkway
Portland, OR 97224


LAPCS
320 Metairie-Hammond Highway Ste 402
Metairie, LA 70005


Le Diamond Room
91 Holmes Boulevard
Gretna, LA 70056


Liminex, Inc. dba GoGuardian
2030 East Maple Avenue
El Segundo, CA 90245


Liquid Environmental Solutions
Accounts Receivable
P.O. Box 73337
Dallas, TX 75373


Luv 2 Play
6851 Veteran Blvd
Metairie, LA 70003


Malone Electrical Services
P.O. Box 947
Kenner, LA 70063


Mangrove Strategies LLC
3700 Toone St, Unit 1109
Baltimore, MD 21224


Mathes Brierre Architects
201 Saint Charles Avenue Ste. 4100
New Orleans, LA 70170

Michelle Moore
6201 West End Blvd
New Orleans, LA 70124

Mrs. Heather's Pumpkin Patch
11215 Lee Lane
Hammond, LA 70401

Mrs. Heather's Strawberry Farm
31458 Hwy 43
Albany, LA 70711

NCS Pearson, Inc
13036 Collection Center Drive
Chicago, IL 60693

Nereyda Avila
2518 Arts
New Orleans, LA 70117

New Orleans Sign Language Services, LLC
221 Stewart Avenue
New Orleans, LA 70123

Newegg Business, Inc.
17560 Rowland St.
Rowland Heights, CA 91748

NFT Group, LLC
831 Elysian Fields Avenue
New Orleans, LA 70117

NIET
1801 West End Avenue Suite 920
Nashville, TN 37203

Nola Code
3436 Magazine Street
New Orleans, LA 70115

NOLA Games on Wheels
PO Box 722
Harvey, LA 70059

NOLA School Leader Forum
1426 Napoleon Ave
New Orleans, LA 70115

Orleans Parish Sheriffs Office
2800 Perdido Street
New Orleans, LA 70119

PACS Investment & Repairs
77 Versailles BLVD
New Orleans, LA 70125

Party Zone
1700 Veterans Memorial Blvd #200
Metairie, LA 70005

Paycor
P. O. Box 639860
Cincinnati, OH 45263-9860

Pelican Playground
155 Robert Street, #242
Slidell, LA 70458

Plumbing Repair
2300 Casewell Ln
Metairie, LA 70001

PowerSchool Group LLC
PO Box 888408
Los Angeles, CA 90088-8408

Priority Systems, Inc.
5221 W. Napoleon Ave
Metairie, LA 70001

Professional Service Industries Inc.
Po Box 74008418
Chicago, IL 60674

Purple Monkey Design
8127 Oleander St
New Orleans, LA 70118

Regions Bank
Corporate Trust
400 Convention St. 9th Floor
Baton Rouge, LA 70802


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Rewarding Events LLC
5331 Canal Blvd Suite C
New Orleans, LA 70124


Rock n Bowl New Orleans
3016 South Carrollton Avenue
New Orleans, LA 70118


Roofing Solutions
17260 Jefferson Highway Suite D
Baton Rouge, LA 70817


Rosalyn Walters
5121 Eastern St
New Orleans, LA 70122


Sam King
2205 St Roch Ave
New Orleans, LA 70117


Satellite Shelters-New Orleans
P O box 860700
Minneapolis, MN 55486-0700


Scholastic Book Fairs
PO Box 639849
Cincinnati, OH 45263


School Food Solutions
8550 United Plaza Blvd Suite 601
Baton Rouge, LA 70809


SchoolMint, Inc
319 Monroe Street
Lafayette, LA 70501

Sector 6
612 Distributor Row
New Orleans, LA 70123


Semaj Douglas
2518 Arts St
New Orleans, LA 70117


SHI International Corp.
P.O. Box 952121
Dallas, TX 75395-2121


Slack Technologies INC
PO Box 207795
Dallas, TX 75320-7795


Sonitrol of New Orleans Inc
2217 Ridgelake Drive
Metairie, LA 70001


Sonya Webber
 2671 N. Dorgenois St
New Orleans, LA 70117


South Coast Code
3436 Magazine Street
New Orleans, LA 70115


Special Education Leader Fellowship
4640 South Carrollton Avenue Ste. 100
New Orleans, LA 70119


Staples Advantage
Dept NY PO Box 415256
Boston, MA 02241-5266


Star Service Inc
 117 Pintail St.
Saint Rose, LA 70087


SYNCB/AMAZON
P.O. Box 530958
Atlanta, GA 30353-0958

T-Mobile
12920 SE 38th St.
Bellevue, WA 98006


Terri L. Smith
 4124 Davey Street
New Orleans, LA 70122


The Achievement Network
177 Huntington Ave Ste 1703
PMB 74520
Boston, MA 02115


The Home Depot Pro
P.O. Box 404468
Atlanta, GA 30384-4468


TNOLA Languages
5748 Vermillion Blvd
New Orleans, LA 70122


Todd Vile
2518 Arts St
New Orleans, LA 70117


Trey Shelton
2820 Shannan Dr
Violet, LA 70092


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741


UMB Bank, N.A.
1010 Grand Boulevard
Kansas City, MO 64106


UNUM Life Insurance Company of America
2211 Congress Street
Portland, ME 04102


Upton Pearson Renovations
77 Versailles Blv
New Orleans, LA 70125

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vision Service Plan
Amber Cliston
3333 Quality Dr
Rancho Cordova, CA 95670


Volunteers of America Greater New Orlean
4152 Canal St.
New Orleans, LA 70119


VooDoo Disposal
416 Fairfield Ave
Gretna, LA 70056


Westside Bowling Lanes
3715 Westbank Expwy
Harvey, LA 70058


William Gonzalez
2518 Arts Street
New Orleans, LA 70117


Wilson Language Training Corporation
 47 Old Webster Road
Oxford, MA 01540-2705


Wright National Flood Insurance Company
P.O. Box 33003
Saint Petersburg, FL 33733-8003